UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-61-FtM-38NPM

JOSE SERRANO PENA

## ORDER

Under the Court's Administrative Order, Case No. 8:20-mc-25 (Doc. 1), which implements the Coronavirus Aid, Relief, and Economic Security Act ("CARES"), the Court may conduct the final revocation hearing by video conferencing with Defendant **JOSE SERRANO PENA'S** consent after he confers with counsel.

Accordingly, it is

**ORDERED:**

(1) On or before **Friday, October 9, 2020** at **NOON**, counsel for Defendant **JOSE SERRANO PENA** must file a written notice advising the Court:

   a. whether Defendant, after consulting with defense counsel, consents to proceed with the final revocation hearing by video conferencing and by telephone if video is not reasonably available;

   b. why delaying the final revocation will result in serious harm to the interests of justice; and

   c. the Government's position on a videoconference final revocation hearing.

(2) If Defendant's counsel advises that Defendant consents to proceed with the hearing by video conferencing, the Clerk is **DIRECTED** to notice the hearing and provide all hearing participants with instructions for joining the hearing.

(3) The Court will address the specific findings required by the CARES Act at the video conference final revocation hearing.

**DONE AND ORDERED** in Fort Myers, Florida on this 29th day of September 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record