UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-61-SPC-NPM

JOSE SERRANO PENA

## ORDER

Under the Court's Administrative Order, Case No. 8:20-mc-25 (Doc. 1), which implements the Coronavirus Aid, Relief, and Economic Security Act ("CARES"), the Court may conduct the final revocation of supervised release hearing by video conferencing with Defendant **JOSE SERRANO PENA'S** consent after he confers with counsel.

Accordingly, it is

**ORDERED:**

(1) On or before **Friday, August 20, 2021** at **NOON**, counsel for Defendant **JOSE SERRANO PENA** must file a written notice advising the Court:

   a. whether Defendant, after consulting with defense counsel, consents to proceed with the final revocation of supervised release hearing by video conferencing and by telephone if video is not reasonably available;

    b. why delaying the final revocation of supervised release will result in serious harm to the interests of justice; and

    c. the Government's position on a videoconference final revocation of supervised release hearing.

(2) If Defendant's counsel advises that Defendant consents to proceed with the hearing by video conferencing, the Clerk is **DIRECTED** to notice the hearing and provide all hearing participants with instructions for joining the hearing.

(3) The Court will address the specific findings required by the CARES Act at the video conference final revocation of supervised release hearing.

**DONE AND ORDERED** in Fort Myers, Florida on August 4, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record